Billy LAND, Plaintiff–Appellant,

v.

Theodis BECK, Secretary of Correction;
James B. Bennett, Director of Pris-
ons; Grady J. Haynes, Superintendent
of Warren Correctional; Hattie B.
Pimpong, Chief Disciplinary Hearing
Officer; Robert Terry, Jr., Hearing
Officer; Lt. Norwood; J.R. James,
Lieutenant; T. Brown, Officer; D.
Harding, Officer; A. Patterson, Offi-
cer, Defendants–Appellees.

No. 01–7386.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 7, 2001.

Decided Dec. 28, 2001.

Billy Land, pro se.

Before LUTTIG, WILLIAMS, and
KING, Circuit Judges.

OPINION

PER CURIAM.

Billy Land appeals the district court's
order denying relief on his 42 U.S.C.A.
§ 1983 (West Supp. 2001) complaint. We
have reviewed the record and the district
court's opinion and find no reversible er-
ror. To the extent, however, that the
court dismissed claims challenging the va-
lidity of Land's institutional conviction and
revocation of good time credits, we note
that such claims are not cognizable under
§ 1983 absent a showing that the institu-

tional conviction supporting the revocation of good time credits has been overturned. *See Edwards v. Balisok,* 520 U.S. 641, 645–646, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997). A prisoner may challenge the revocation of good time credits only by way of habeas corpus. *See Preiser v. Rodriguez,* 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973). Accordingly, we modify the district court's order to reflect that Land's claims challenging the revocation of his good time credits, which would include all his claims other than his claim that he was improperly required to pay an administrative fee, should be dismissed without prejudice to his right to reassert such claims in a habeas action. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*